

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORENSON ENGINEERING, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ESTATE OF J. FRANK SORENSON<br><br>　　　　Defendant.<br><br>———————————————————<br><br>ESTATE OF J. FRANK SORENSON<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>SORENSON ENGINEERING, INC.,<br><br>　　　　Counterdefendant. | Case No. 5:05-CV-0237 AFM<br><br>Hon. Alexander F. MacKinnon<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF DISMISSAL OF THE COMPLAINT AND FIRST AMENDED COUNTERCLAIM WITH PREJUDICE** |

JS-6

16497348.1
206316-10003

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

[~~PROPOSED~~] ORDER ON
STIPULATION OF DISMISSAL

# [PROPOSED] ORDER

This Court hereby orders as follows:

1. This matter, including the Complaint and First Amended Counterclaim, is hereby dismissed with prejudice; and

2. Each party shall bear its own respective attorneys' fees and costs.

Dated: _August 2_, 2018    _/s/ Alex MacK_
Hon. Alexander F. MacKinnon
USDC Judge of Central District of California

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16497348.1
206316-10003

[PROPOSED] ORDER ON
STIPULATION OF DISMISSAL